UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re:

DEREK & MARDI NOORMAN                         Bankruptcy Case No. 11-02376

       Debtor,                                      Adversary Proceeding No. 11-80199
_____/

RONALD VANBEEK and
ANN VANBEEK,

       Plaintiffs,                                  Case No. 1:11-cv-807

v.                                                                  Hon. Janet T. Neff

MARDI NOORMAN,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation (Dkt 1) filed by the United States Bankruptcy Judge in this action regarding Plaintiffs' Motion for Entry of a Default Judgment against Defendant Mardi Noorman. No objections have been filed. Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge, filed August 1, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that a non-dischargeable money judgment shall enter in favor of Plaintiffs against Defendant for the reasons stated in the Report and Recommendation.


Dated: August 24, 2011                        /s/Janet T. Neff
                                                 JANET T. NEFF
                                                 UNITED STATES DISTRICT JUDGE